IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD,. a Taiwanese limited liability company; ENVISION PERIPHERALS, INC., a California corporation,<br><br>             Plaintiffs,<br><br>     v.<br><br>HITACHI, LTD., a Japanese corporation; ELONEX UK PLC, a UK corporation,<br><br>             Defendants.<br>_____/<br>AND COUNTERCLAIM.<br>_____/ | No. C 03-05792 WHA<br><br>**ORDER FINDING CASES NOT RELATED** |

A notice of related cases was filed on June 6, 2005, concerning the following actions:

C 03-05792 WHA    *Top Victory Electronics (Taiwan) Co. Ltd. et al. v. Hitachi Ltd. et al.*
C 05-02301 CRB    *Hitachi, Ltd. v. Amtran Tech. Co., Ltd.*

Civil Local Rule 3-12(a) provides that actions are related when:

> (1) The actions concern substantially the same parties, property, transaction or event; and
> (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

The Court has evaluated the files and finds that the more recently-filed action is not related to the earliest-filed case. While the patents asserted are substantially the same, the accused infringers (and their products) are not. Nor will there be any duplication of labor or risk of conflicting results because the parties to the earliest-filed action settled before the claim

construction hearing was held; thus, no substantive orders were ever issued by the undersigned. By previous order dated June 17, 2005, the Court also declined to relate the following actions, which have since been reassigned because one or more parties declined to proceed before a magistrate judge:

C 05-02302 SI   *Hitachi, Ltd. v. Tatung Co. et al.*
C 05-02305 MHP   *Hitachi, Ltd. v. Proview Int'l Holdings, Inc. et al.*

These actions are now referred to Judge Charles Breyer for a related case determination.

**IT IS SO ORDERED.**

Dated:  June 22, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2