McDERMOTT WILL & EMERY LLP
Daniel E. Alberti (State Bar No. 68620)
dalberti@mwe.com
Stephen J. Akerley (State Bar No. 160757)
sakerley@mwe.com
Elaine M. Heal (State Bar No. 211723)
eheal@mwe.com
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:    650.813.5000
Facsimile:    650.813.5100

McDERMOTT WILL & EMERY LLP
Joseph H. Paquin, Jr. *(Pro Hac Vice Pending)*
jpaquin@mwe.com
227 West Monroe Street, Suite 4400
Chicago, IL  60606-5096
Telephone:    312.372.2000
Facsimile:    312.984.7700

Attorneys for Plaintiff HITACHI, LTD.

BAUM & WEEMS
Robert C. Weems (SBN 148156)
rcweems@comcast.net
Julian M. Baum (SBN 130892)
58 Katrina Lane
San Anselmo, CA  94960
Telephone: (415) 460-1791
Facsimile: (415) 457-9157

Attorneys for Defendants TATUNG CO.
and TATUNG COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG COMPANY, a Taiwanese corporation; and TATUNG CO. OF AMERICA, INC., a California corporation,<br><br>Defendants. | CASE NO. C 05 02302 CRB<br><br>ELECTRONIC CASE FILING<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE TIME TO RESPOND TO COMPLAINT** |

Pursuant to Northern District Local Rule 6-1(a), Hitachi, Ltd. and Tatung Company

stipulate and agree to extend the time for Tatung Company to respond to the complaint to September 7, 2005, to match the response date for Tatung Company of America.

Dated: July 20, 2005

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: /s/ Elaine M. Heal
Daniel E. Alberti
Stephen J. Akerley
Elaine M. Heal
Joseph H. Paquin, Jr.
*(Pro Hac Vice Pending)*

Attorneys for Plaintiff, HITACHI, LTD., a Japanese corporation

Dated: July 20, 2005

Respectfully submitted,

BAUM & WEEMS

By: /s/ Robert C. Weems
Robert C. Weems

Attorneys for Defendants, TATUNG COMPANY, a Taiwanese corporation; and TATUNG COMPANY OF AMERICA, INC., a California corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 25, 2005

Honorable
United States
Northern

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

MPK 94513-1.017575.0688

**JOINT STIPULATION RE TIME TO RESPOND TO COMPLAINT**     2     **CASE NO. C 05 02302 CRB**