1  (Counsel Information Listed on Signature Page)

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6                        SAN FRANCISCO DIVISION

7

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMTRAN TECHNOLOGY CO., LTD., a Taiwanese corporation | Case No. C 05-02301 CRB |
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>TATUNG COMPANY, a Taiwanese corporation; and TATUNG CO. OF AMERICA, INC., a California corporation | Case No. C 05-02302 CRB |
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROVIEW INTERNATIONAL HOLDINGS, LTD., a Bermuda Corporation, PROVIEW ELECTRONICS CO., LTD., a Taiwanese corporation, and PROVIEW TECHNOLOGY., a California corporation,<br><br>Defendants. | Case No. C 05-02305 CRB |

**STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCES
IN RELATED CASES TO OCTOBER ▪, 2005**
28

1  Pursuant to Civil Local Rule 7-12, attorneys for Hitachi, Ltd., Tatung Company, Tatung Co.
2  of America, Inc., Proview Electronics Co., Ltd., and Proview Technology, Inc. hereby stipulate to
3  reschedule the initial Case Management Conferences in Case Nos. C05-02301, C05-02302, and
4  C05-02305, which are currently set for October 7, 2005. The parties propose that the Conferences
5  be rescheduled to Friday, October 28, 2005.

6  Good cause exists for this request, as the rescheduled conferences will coincide with the
7  hearing on Proview International Holdings, Ltd.'s Motion to Dismiss, which is set for October 14,
8  2005. Accordingly, the parties respectfully request that the Court postpone the initial Case
9  Management Conferences in the above-referenced actions, currently set for October 7, 2005, to
10 October 28, 2005 so that counsel for Hitachi and Proview, and the Court, may address both matters
11 on October 28, 2005. The Tatung defendants do not object to the requested schedule. As noted in
12 Hitachi's case management statement in *Hitachi v. Amtran Technology Co. Ltd.*, Case No. C 05
13 2301, Amtran has not been served and Hitachi will notify Amtran of any change to the schedule
14 pursuant to this order.

15 A proposed order follows counsel's signatures.

| | |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>Daniel E. Alberti (State Bar No. 68620)<br>dalberti@mwe.com<br>Stephen J. Akerley (State Bar No. 160757)<br>sakerley@mwe.com<br>Elaine M. Heal (State Bar No. 211723)<br>eheal@mwe.com<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650-813-5000<br>Facsimile: 650-813-5100 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Yitai Hu (California Admission Pending)<br>yhu@akingump.com<br>Sean P. DeBruine (State Bar No. 168071)<br>sdebruine@akingump.com<br>S.H. Michael Kim (State Bar No. 203491)<br>mkim@akingump.com<br>1950 University Avenue, Suite 505<br>East Palo Alto, CA 94303<br>Telephone: 415-765-9500<br>Facsimile: 415-765-9501 |
| McDERMOTT WILL & EMERY LLP<br>Joseph H. Paquin, Jr. (*Pro Hac Vice*)<br>jpaquin@mwe.com<br>227 West Monroe Street, Suite 4400<br>Chicago, IL 60606-5096<br>Telephone: 312-372-2000<br>Facsimile: 312-984-7700 | Attorneys for Proview International Holdings, Ltd., Proview Electronics Co., Ltd., and Proview Technology, Inc.<br><br>Dated: September 23, 2005<br><br>By_____/s_____<br>     Sean P. DeBruine |
| Attorneys for Hitachi, Ltd.<br><br>Dated: September 23, 2005<br><br>By_____/s_____<br>     Elaine M. Heal | |

1 | BAUM & WEEMS
Robert C. Weems (SBN 148156)
2 | rcweems@comcast.net
Julian M. Baum (SBN 130892)
3 | 58 Katrina Lane
San Anselmo, CA 94960
4 | Telephone: 415-460-1791
Facsimile: 415-457-9157
5 |
6 | Attorneys for Tatung Co. and Tatung Company of America

7 | Dated: September 23, 2005

8 | By_____/s/_____
          Robert C. Weems
9 |
10 |
11 |     I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of
12 | this document has been obtained from Sean P. DeBruine and Robert C. Weems.
13 | Dated: September 23, 2005                   _____/s/_____
                                                  Elaine M. Heal
14 |
15 |
16 |
17 |
18 |     **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the initial Case
19 | Management Conferences in these matters shall be rescheduled to Friday, October 28, 2005 at 8:30
20 | A.M.
21 |
22 | Dated: __October 03__, 2005
23 |                                              Honorable Charles R. Breyer
                                                  United States District Judge
24 |                                              [APPROVED stamp — Judge Charles R. Breyer]
25 |
26 |
27 |
28 |

3