Robert C. Weems (SBN 148156)
Julian M. Baum
BAUM & WEEMS
58 Katrina Lane
San Anselmo, CA 94960
Telephone: (415) 460-1791
Facsimile: (415) 457-9157

Attorneys for Defendants Tatung Co.
 and Tatung Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| HITACHI, LTD. | ) |
| | ) Case No. C 05 02302 CRB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL |
| | ) |
| TATUNG COMPANY AND TATUNG COMPANY OF AMERICA | ) |
| Defendants. | ) |
| | ) |

Substitution of Counsel         1         *Hitachi v. Tatung*, Case No. C 05 02302 CRB

1  NOW COME Defendants Tatung Company and Tatung Company of America and hereby
2  substitute Greenberg Traurig LLP as its counsel of record in place of and instead of Baum &
3  Weems, Greenberg Traurig LLP having previously filed its appearance on January 11, 2006.

Dated: January 12, 2006                                              BAUM & WEEMS

                                                                     _____
                                                                     Robert C. Weems

Dated:  January 12, 2006                                             GREENBERG TRAURIG LLP

                                                                     _____
                                                                     Kenneth S. Korea

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 13, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

Substitution of Counsel                    2            *Hitachi v. Tatung*, Case No. C 05 02302 CRB

**DECLARATION REGARDING SIGNATURES**
[GENERAL ORDER 45]

The filer of this document, Robert C. Weems, hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Robert C. Weems

_____
Robert C. Weems