| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>Mark H. Krietzman (State Bar No. 126806)<br>krietzmanm@gtlaw.com<br>Kenneth S. Korea (State Bar No. 200060)<br>koreak@gtlaw.com<br>David Frazee (State Bar No. 195375)<br>frazeed@gtlaw.com<br>Karen Rosenthal (State Bar No. 209419)<br>rosenthalk@gtlaw.com<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile:  (650) 328-8508<br><br>Attorneys for Defendants TATUNG COMPANY and TATUNG CO. OF AMERICA | McDERMOTT WILL & EMERY LLP<br>Daniel E. Alberti (State Bar No. 68620)<br>dalberti@mwe.com<br>Stephen J. Akerley (State Bar No. 160757)<br>sakerley@mwe.com<br>Elaine M. Heal (State Bar No. 211723)<br>eheal@mwe.com<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone:   650.813.5000<br>Facsimile:    650.813.5100<br><br>McDERMOTT WILL & EMERY LLP<br>Joseph H. Paquin, Jr. (Pro Hac Vice Pending)<br>jpaquin@mwe.com<br>227 West Monroe Street, Suite 4400<br>Chicago, IL  60606-5096<br>Telephone:   312.372.2000<br>Facsimile:    312.984.7700<br><br>Attorneys for Plaintiff HITACHI, LTD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG COMPANY, a Taiwanese corporation; and TATUNG CO. OF AMERICA, INC., a California corporation,<br><br>Defendants. | Case No. C 05 02302 CRB<br><br>[~~PROPOSED~~] ORDER RE STIPULATION RE: LENGTH OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' OPPOSITION TO HITACHI LTD.'S MOTION TO DISQUALIFY GREENBERG TRAURIG, LLP<br><br>Date:           February 17, 2006<br>Time:           10:00 a.m.<br>Courtroom:   8, 19th Floor<br>Before:         Hon. Charles R. Breyer |

[PROPOSED] ORDER RE STIP. RE MPA I/S/O OPP'N TO MOT. TO DISQUALIFY GREENBERG TRAURIG, LLP
Case No. C 05 02302 CRB

1 **[PROPOSED] ORDER**

2 Good cause appearing, IT IS HEREBY ORDERED that:

3    1.    Defendants Tatung Company and Tatung Company of America are granted permission to file a Memorandum of Points and Authorities in Opposition to Hitachi Ltd's Motion to Disqualify Greenberg Traurig, LLP in excess of fifteen (15) pages in length but not exceeding twenty-five (25) pages in length, exclusive of title pages, indexes of cases, table of contents, exhibits, affidavits, and summaries of argument.

DATED: February 13, 2006                    _____
                                            Hon. Charles R. Breyer
                                            United States



[PROPOSED] ORDER RE STIP. RE MPA I/S/O OPP'N TO MOT. TO DISQUALIFY GREENBERG TRAURIG, LLP
Case No. C 05 02302 CRB