| | |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>Daniel E. Alberti (State Bar No. 68620)<br>dalberti@mwe.com<br>Stephen J. Akerley (State Bar No. 160757)<br>sakerley@mwe.com<br>Elaine M. Heal (State Bar No. 211723)<br>eheal@mwe.com<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.813.5000<br>Facsimile: 650.813.5100<br><br>McDERMOTT WILL & EMERY LLP<br>Joseph H. Paquin, Jr. *(Pro Hac Vice)*<br>jpaquin@mwe.com<br>227 West Monroe Street, Suite 4400<br>Chicago, IL 60606-5096<br>Telephone: 312.372.2000<br>Facsimile: 312.984.7700<br><br>Attorneys for Plaintiff HITACHI, LTD. | GREENBERG TRAURIG, LLP<br>Mark H. Krietzman (State Bar 126806)<br>krietzmanm@gtlaw.com<br>Kenneth S. Korea (State Bar No. 200060)<br>koreak@gtlaw.com<br>David Frazee (State Bar No. 195375)<br>frazeed@gtlaw.com<br>Karen Rosenthal (State Bar No. 209419)<br>rosenthalk@gtlaw.com<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Telephone: 650.328.8500<br>Facsimile: 650.328.8508<br><br>Attorneys for Defendants, TATUNG COMPANY and TATUNG CO. OF AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG COMPANY, a Taiwanese corporation; and TATUNG CO. OF AMERICA, INC., a California corporation,<br><br>Defendants. | CASE NO. C 05 02302 CRB<br><br>ELECTRONIC CASE FILING<br><br>**STIPULATION AND [PROPOSED] ORDER TEMPORARILY SUSPENDING THE EFFECT OF THE COURT'S MARCH 3, 2006 ORDER** |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.   On March 3, 2006 the Court granted Hitachi, Ltd.'s ("Hitachi") Motion to Disqualify Greenberg Traurig, LLP ("Greenberg") from its representation of Tatung Company and Tatung Co. of America, Inc. ("Tatung") in Case No. C 05-02302. At the time of that order, the Parties were in advanced settlement discussions that the Parties would like a limited opportunity to try to complete.

2.   Hitachi agrees that Greenberg may discuss the case and settlement with attorneys for Hitachi and InPro and may further confer with Tatung regarding and negotiating settlement proposals and information related to such proposals.

3.   Tatung and Greenberg agree that their communication regarding this case shall be strictly limited as set forth in Paragraph 2, above, and further agree that no such communication shall occur after 21 calendar days from the Court's signing of the attached order.

4.   Tatung and Greenberg further agree that this Stipulation shall not be used in any way to alter, modify, overturn or challenge the Court's March 3, 2006 order disqualifying Greenberg, but is limited to the purposes set forth in Paragraph 2.

Dated: March 14, 2006                    McDERMOTT WILL & EMERY LLP

By:      /s/ Elaine M. Heal
         Daniel E. Alberti
         Stephen J. Akerley
         Elaine M. Heal
         Joseph H. Paquin, Jr. *(Pro Hac Vice)*

         Attorneys for Plaintiff, HITACHI, LTD.,
         a Japanese corporation

**STIPULATION AND [PROPOSED] ORDER TEMPORARILY SUSPENDING THE EFFECT OF THE COURT'S MARCH 3, 2006 ORDER**       - 2 -       **CASE NO. C 05 02302 CRB**

Dated: March 14, 2006                                        GREENBERG TRAURIG, LLP


By:  /s/ Karen Rosenthal
    Mark H. Krietzman
    Kenneth S. Korea
    David Frazee
    Karen Rosenthal

Attorneys for Defendants, TATUNG COMPANY, a Taiwanese corporation; and TATUNG CO. OF AMERICA, INC., a California corporation

## [PROPOSED] ORDER

It is hereby ordered that the effect of the Court's March 3, 2006 order disqualifying Greenberg Traurig, LLP is temporarily suspended for the limited purpose and time as set forth in the accompanying Stipulation.

Dated: March 16, 2006

Honorable Charles R. Breyer
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer

MPK 105548-1.017575.0688

**STIPULATION AND [PROPOSED] ORDER TEMPORARILY SUSPENDING THE EFFECT OF THE COURT'S MARCH 3, 2006 ORDER**     - 3 -     **CASE NO. C 05 02302 CRB**