McDERMOTT WILL & EMERY LLP
Daniel E. Alberti (State Bar No. 68620)
dalberti@mwe.com
Stephen J. Akerley (State Bar No. 160757)
sakerley@mwe.com
Elaine M. Heal (State Bar No. 211723)
eheal@mwe.com
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:    650.813.5000
Facsimile:    650.813.5100

McDERMOTT WILL & EMERY LLP
Joseph H. Paquin, Jr. *(Pro Hac Vice)*
jpaquin@mwe.com
227 West Monroe Street, Suite 4400
Chicago, IL  60606-5096
Telephone:    312.372.2000
Facsimile:    312.984.7700

Attorneys for Plaintiff HITACHI, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMTRAN TECHNOLOGY CO., LTD., a Taiwanese corporation,<br><br>Defendant. | CASE NO. C 05 02301 CRB (JL)<br><br>ELECTRONIC CASE FILING<br><br>[~~PROPOSED~~] **ORDER REGARDING CLAIM CONSTRUCTION SCHEDULE** |
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG COMPANY, a Taiwanese corporation; and TATUNG CO. OF AMERICA, INC., a California corporation,<br><br>Defendants. | CASE NO. C 05 02302 CRB<br><br>ELECTRONIC CASE FILING<br><br>[~~PROPOSED~~] **ORDER REGARDING CLAIM CONSTRUCTION SCHEDULE** |

Pursuant to the Court's order, the following claim construction schedule is adopted:

| ACTION | DATE |
|---|---|
| Preliminary Invalidity Contentions: Tatung Company and Tatung Co. of America, Inc. only | May 16, 2006 |
| Document production on invalidity: Tatung Company and Tatung Co. of America, Inc. only | May 16, 2006 |
| Parties simultaneously exchange lists of claim terms for construction by the court | May 31, 2006 |
| Parties simultaneously exchange a preliminary proposed construction of each claim term, and provide a list of proposed extrinsic evidence | June 20, 2006 |
| Parties shall complete and file a Joint Claim Construction and Prehearing Statement | July 17, 2006 |
| Parties complete all discovery relating to claim construction, including depositions of all experts and non-experts identified in the Joint Claim Construction Statement | August 16, 2006 |
| The party claiming patent infringement shall file and serve an opening brief and any evidence supporting its claim construction | August 31, 2006 |
| The opposing party shall file and serve a responsive brief an supporting evidence | September 14, 2006 |
| The party claiming patent infringement shall serve and file any reply brief and any evidence | September 21, 2006 |
| Claim Construction Tutorial | November 14, 2006 2:30 p.m. |
| Claim Construction Hearing | November 16, 2006 2:30 p.m. |

Dated: __March 21, 2006__

Honorable Charles R. Breyer
United States District Judge
Northern District of California



IT IS SO ORDERED
Judge Charles R. Breyer

MPK 105749-1.017575.0688

**[PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION SCHEDULE**         2         C 05 02302 CRB