| | |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>Daniel E. Alberti (State Bar No. 68620)<br>dalberti@mwe.com<br>Stephen J. Akerley (State Bar No. 160757)<br>sakerley@mwe.com<br>Elaine M. Heal (State Bar No. 211723)<br>eheal@mwe.com<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.813.5000<br>Facsimile: 650.813.5100<br><br>McDERMOTT WILL & EMERY LLP<br>Joseph H. Paquin, Jr. *(Pro Hac Vice)*<br>jpaquin@mwe.com<br>227 West Monroe Street, Suite 4400<br>Chicago, IL 60606-5096<br>Telephone: 312.372.2000<br>Facsimile: 312.984.7700<br><br>Attorneys for Plaintiff HITACHI, LTD. | GREENBERG TRAURIG, LLP<br>Mark H. Krietzman (State Bar 126806)<br>krietzmanm@gtlaw.com<br>Kenneth S. Korea (State Bar No. 200060)<br>koreak@gtlaw.com<br>David Frazee (State Bar No. 195375)<br>frazeed@gtlaw.com<br>Karen Rosenthal (State Bar No. 209419)<br>rosenthalk@gtlaw.com<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Telephone: 650.328.8500<br>Facsimile: 650.328.8508<br><br>Attorneys for Defendants, TATUNG COMPANY and TATUNG CO. OF AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG COMPANY, a Taiwanese corporation; and TATUNG CO. OF AMERICA, INC., a California corporation,<br><br>Defendants. | CASE NO. C 05 02302 CRB<br><br>ELECTRONIC CASE FILING<br><br>**STIPULATION OF DISMISSAL** |

**STIPULATION OF DISMISSAL** - 1 - CASE NO. C 05 02302 CRB

1  It is hereby stipulated by and between counsel to plaintiff, Hitachi Ltd. and counsel to
2  defendants and counterclaim plaintiffs, Tatung Company and Tatung Co. of America, Inc., as
3  follows:

4  1. All claims and counterclaims in the above-captioned action between the parties,
5  other than so far as reserved by the Settlement Agreement between the parties dated April 19,
6  2006 (the "Settlement Agreement"), are dismissed with prejudice.

7  2. Each party will bear its own costs and attorneys' fees.

8  3. This Court will retain jurisdiction to enforce the Settlement Agreement.

BY THE COURT:

Dated: April 21, 2006

The Honorable Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

Dated: April 20, 2006                         Dated: April

COUNSEL TO HITACHI, LTD.                      COUNSEL TO TATUNG COMPANY AND
                                              TATUNG CO. OF AMERICA, INC

STEPHEN J. AKERLEY                            MARK H. KRIETZMAN
ELAINE HEAL                                   KENNETH S. KOREA
McDERMOTT WILL & EMERY LLP                    DAVID FRAZEE
                                              GREENBERG TRAURIG LLP


By:    /s/ Elaine Heal                        By:    /s/ David Frazee
          Elaine Heal                                   David Frazee

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**STIPULATION OF DISMISSAL**   - 2 -   **CASE NO. C 05 02302 CRB**